### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

D. SCOTT PERRY; COLD WATER                                                                          PLAINTIFFS
DISTRIBUTING LLC, an Arkansas Limited
Liability Company; and BEST ICE LLC, an
Arkansas Limited Liability Company

v.                                              No. 4:08CV00501 JLH

ICE HOUSE AMERICA LLC, a
Florida Limited Liability Company                                                                   DEFENDANT

### ORDER

Pursuant to the Opinion and Order entered separately today, this action is stayed pending arbitration. The parties must submit a status report within six months of the entry of this Order.

IT IS SO ORDERED this 12th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE