IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

D. SCOTT PERRY; COLD WATER                                                      PLAINTIFFS
DISTRIBUTING, LLC; and BEST ICE, LLC

v.                                      No. 4:08CV00501 JLH

ICE HOUSE AMERICA, LLC                                                           DEFENDANT

## ORDER

On September 12, 2008, the Court entered an order staying this matter pending arbitration and directing the parties to submit a status report within six months. Pursuant to that order, both parties submitted a status report on March 12, 2009. The Court directs that the parties submit an updated status report on or before September 12, 2009.

IT IS SO ORDERED this 24th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE