**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

D. SCOTT PERRY; COLD WATER                                                               PLAINTIFFS
DISTRIBUTING, LLC, and Arkansas limited
liability company; and BEST ICE, LLC, an
Arkansas limited liability company

v.                                          No. 4:08CV00501 JLH

ICE HOUSE AMERICA, LLC,
a Florida limited liability company                                                            DEFENDANT

**AMENDED ORDER**

    Joe D. Calhoun, on behalf of himself and Tony A. DiCarlo III and the firm of Jack, Nelson, Jones, Jiles & Gregory, has filed a motion to withdraw as counsel for D. Scott Perry, Cold Water Distributing, LLC, and Best Ice, LLC. No objection has been filed. The motion is therefore granted. Document #32. Joe D. Calhoun of the Calhoun Law Firm and Tony A. DiCarlo III of Jack, Nelson, Jones, Jiles & Gregory, are hereby withdrawn as counsel of record for the plaintiffs.

    The Court hereby orders Ice House America, LLC, to submit a status report in this case on or before November 1, 2010, and every three months thereafter until the stay is lifted or this case is dismissed.

    IT IS SO ORDERED this 18th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE