**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

D. SCOTT PERRY; COLD WATER                                                    PLAINTIFFS
DISTRIBUTING, LLC, and Arkansas limited
liability company; and BEST ICE, LLC, an
Arkansas limited liability company

v.                                          No. 4:08CV00501 JLH

ICE HOUSE AMERICA, LLC,
a Florida limited liability company                                           DEFENDANT

<u>**ORDER**</u>

On October 18, 2010, the Court entered an Order directing Ice House America, LLC, to

submit a status report in this case on or before November 1, 2010, and every three months thereafter

until the stay is lifted or this case is dismissed.  Ice House America, LLC, did not submit a status

report on November 1, 2010, as ordered, nor has it submitted a status report since then.  The Court

directs Ice House America, LLC, to submit a status report in this case ***on or before March 1, 2011***,

and every three months thereafter until the stay is lifted or this case is dismissed.

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE