### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| D. SCOTT PERRY; COLD WATER DISTRIBUTING, LLC, an Arkansas limited liability company; and BEST ICE, LLC, an Arkansas limited liability company | PLAINTIFFS |
| v.           No. 4:08CV00501 JLH | |
| ICE HOUSE AMERICA, LLC, a Florida limited liability company | DEFENDANT |

### ORDER

Pursuant to the joint stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE